IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02305-BNB

JOHN J. POWERS,

Plaintiff,

v.

LESLEE V. WAGGENER, Parole Bd. Member,
BRAD CARROLL, Community Parole Officer,
WYNONA MAHAFFEY, Community Parole Offc.,
TERRY BALLARD, State Parolee Manager,
DON MILHAM, Hotel Leasee, and
JAMES KELLER, Parole Supervisor,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
AN AMENDED COMPLAINT ON A COURT-APPROVED FORM

---

The issue before the Court is Plaintiff's "Addendum to the Original Prisoner's Complaint," filed November 28, 2007, and the "Motion Clarifying Defendant's Addresses for Service of Process," filed December 13, 2007. In the Motion, Plaintiff seeks to update addresses for named Defendants in the action. He also asks when service will be effected. In the Addendum, Plaintiff seeks to add a fourth claim to the Complaint.

Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Plaintiff desires to amend his Complaint and include additional claims he may do so. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705

F.2d 676 (2$^d$ Cir.1983); **London v. Coopers & Lybrand,** 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, **Federal Practice and Procedure** § 1476 (1990).

If Plaintiff wishes to amend the Complaint he must submit the Amended Complaint on a Court-approved form and include all claims, named parties, and requests for relief. Plaintiff can include the updated address for Defendants in the Amended Complaint. Furthermore, service will not be effected until after an initial review has been completed by the Court, and the Court determines that Plaintiff's claims possess merit. Accordingly, it is

ORDERED that Plaintiff file an Amended Complaint as instructed above, **within thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Court-approved form used in filing prisoner complaints. It is

FURTHER ORDERED that if Plaintiff fails to properly amend the Complaint, **within thirty days from the date of this Order**, the Court will proceed with a review of the merits of the original Complaint that Plaintiff submitted to the Court on October 26, 2007. It is

FURTHER ORDERED that Plaintiff's Motion Clarifying Defendant's Addresses for Service of Process (Doc. No. 8), filed December 13, 2007, is denied as unnecessary.

DATED January 25, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02305-BNB

John J. Powers
Prisoner No. 127861
Moffat County Jail
800 W. 1st Street, Suite 200
Craig, CO 81625

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk